**Electronically Filed
Supreme Court
SCWC-16-0000807
15-MAY-2020
03:09 PM**

SCWC-16-0000807

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

HAWAIIUSA FEDERAL CREDIT UNION,
Respondent/Plaintiff-Appellee,

vs.

JONNAVEN JO MONALIM; MISTY MARIE MONALIM,
Petitioners/Defendants-Appellants,

and

ASSOCIATION OF APARTMENT OWNERS OF BEACH VILLAS AT KO OLINA,
by its Board of Directors; KO OLINA COMMUNITY ASSOCIATION, INC.,
a Hawai'i nonprofit corporation;
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000807; CIV. NO. 10-1-1388)

ORDER DENYING MOTION FOR PARTIAL RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioners/Defendants-Appellants' Motion for Partial Reconsideration filed on May 11, 2020 (Motion), the documents submitted in support thereof, and the record herein,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawai'i, May 15, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

